# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **239541** |
| Trans | 145669 |

Received From: **CLARENCE HATORI**
Case Number:
Reference Number: **CV 03-125HG**

| | |
|---|---|
| Check | 51.00 |
| Total | 51.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 51.00 |
| | | **Total** | **51.00** |
| | | Tend | 51.00 |
| | | Due | 0.00 |

05/22/2007 12:03:14 PM     Deputy Clerk: et/AG