# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 241424 |
|---|---|
| Trans | 148171 |

Received From:     **CLARENCE HATORI**

Case Number:

Reference Number:   CV 03-125HG

|  | Check | 20.00 |
|---|---|---|
|  | Total | 20.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 20.00 |
|  |  | **Total** | **20.00** |
|  |  | Tend | 20.00 |
|  |  | Due | 0.00 |

11/02/2007 01:17:32 PM     Deputy Clerk:  bb/LG