# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 242618 |
| Trans | 149773 |

Received From: **CLARENCE HATORI**
Case Number:
Reference Number: CV 03-125HG  HG

| | | |
|---|---|---|
| Check | | 79.00 |
| Total | | 79.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 79.00 |
| | | **Total** | **79.00** |
| | | Tend | 79.00 |
| | | Due | 0.00 |

02/15/2008 02:17:55 PM        Deputy Clerk:  ag/AG